669 A.2d 236

IN THE MATTER OF DAVID BRANTLEY,
AN ATTORNEY AT LAW.

January 11, 1996.

## ORDER

Prior report: 139 *N.J.* 465, 655 *A.*2d 924.

This matter having been duly presented to the Court, it is ORDERED that **DAVID BRANTLEY** of **EAST ORANGE,** who was admitted to the bar of this State in 1970, and who was suspended from the practice of law for a period of three months, effective May 1, 1995, by Order of this Court dated April 4, 1995, be restored to the practice of law, effective immediately; and it is further

ORDERED that **DAVID BRANTLEY** practice under the supervision of an attorney approved by the Office of Attorney Ethics for a period of two years, and until further Order of the Court.